

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ASM GLOBAL, LLC D/B/A DESTINATION EL PASO and ASM GLOBAL PARENT, INC., <br>Appellants, <br><br>v. <br><br>JESSICA WEAVER, Individually and as Representative of the Estate of A.M., a minor, <br><br>Appellee. | § <br> § <br> § <br> § <br> § <br> § | No. 08-24-00044-CV <br><br> Appeal from the <br><br> 120th Judicial District Court <br><br> of El Paso County, Texas <br><br> (TC#2023DCV2119) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF OCTOBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.